**JEFFREY A. TENENBAUM**
TENENBAUM LAW FIRM
800 WEST 20TH STREET
MERCED, CALIFORNIA 95340
TELEPHONE (209) 384-3000
FACSIMILE (209) 384-3900
CALIFORNIA STATE BAR NUMBER 209769

**ATTORNEY FOR DEFENDANT,
CHRISTOPHER BARKER**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER BARKER**<br>Defendant | Case Number: 6:17-po-461-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON**<br><br>**Courtroom: U.S. District Court - Yosemite**<br>**Honorable Michael J. Seng** |

It is hereby stipulated by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Christopher Barker, by and through his attorney of record, Jeffrey A. Tenenbaum, that the Initial Appearance in the above-captioned matter set for September 12, 2017 shall be continued to November 28, 2017 at 10:00am.

DATE: 09/05/17    /s/ Susan St. Vincent
    Susan St. Vincent
    Acting Legal Officer
    Yosemite National Park

DATE: 09/05/17    /s/ Jeffrey A. Tenenbaum
    Jeffrey A. Tenenbaum
    Attorney for Defendant
    Christopher Barker

---

**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON**     **1**

## ORDER

Good cause appearing, the September 12, 2017 Initial Appearance for Christopher Barker in **Case Number: 6:17-po-461-MJS** is continued to November 28, 2017 at 10:00am.

IT IS SO ORDERED.

Dated:  September 12, 2017        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE