Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CHRISTOPHER BARKER,<br><br>Defendant. | No. 6:17-PO-00461-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for October 16, 2018. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on November 28, 2017.

.

Dated: October 11, 2018  NATIONAL PARK SERVICE

   /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for October 16, 2018 in the above referenced matter, *United States v. Barker, 6:17-PO-00461-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   October 15, 2018                                           _____
                                                                                       UNITED STATES MAGISTRATE JUDGE